TOLBERT *v.* WIMPY.

ATKINSON, J. 1. In view of the state of the pleadings, the first and second demurrers filed by the defendant, the rulings induced thereby (to which no exception was taken), and the amendment made by the plaintiff in accordance with such rulings, there was no error in refusing to dismiss the case on demurrer.

2. Under the circumstances of the case there was no error requiring a reversal.     *Judgment affirmed. All the Justices concur.*
AUGUST 13, 1915.

Action for money had and received. Before Judge Ellis. Fulton superior court. May 8, 1914.

*Mayson & Johnson,* for plaintiff in error.
*Dorsey, Brewster, Howell & Heyman;* contra.